

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF T.J.L., JR., | § | No. 08-24-00072-CV |
| A CHILD. | § | Appeal from the |
| | § | 21st Judicial District Court |
| | § | of Burleson County, Texas |
| | § | (TC#31170) |

## MEMORANDUM OPINION

Before this Court is Appellant's motion to dismiss.[1]  Appellant's motion states that she has filed motions in the trial court to amend the order at issue in this appeal, and the appeal is not ripe for our review. As the Court has not yet issued an opinion in this case, the motion to dismiss the appeal is granted pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). Costs of the appeal are taxed against Appellant. *See* Tex. R. App. P. 42.1(d).

GINA M. PALAFOX, Justice

April 26, 2024

Before Alley, C.J., Palafox and Soto, JJ.

---

[1] This case was transferred from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Tenth Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.